DAVID MICHAEL LINEHAN

NO FEE

NAME

77362-112

PRISON IDENTIFICATION/BOOKING NO.

9411 S. CENTRAL AVE

ADDRESS OR PLACE OF CONFINEMENT

LOS ANGELES, CA 90002

```
FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2024

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

Note:  If represented by an attorney, provide name, address, & telephone
number. *It is your responsibility to notify the Clerk of Court in
writing of any change of address.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID LINEHAN

FULL NAME OF MOVANT
(Include name under which you were convicted)

Petitioner.

CASE NUMBER:

CV  2:24 CV-00157-ODW

To be supplied by the Clerk of the United States District Court

CR  20 - 00417 - ODW

Criminal case under which sentence was imposed.

**MOTION TO VACATE, SET ASIDE, OR
CORRECT SENTENCE BY A PERSON IN
FEDERAL CUSTODY
28 U.S.C § 2255**

### INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different district, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 255 East Temple Street, Suite TS-134, Los Angeles, California 90012.

**MOTION**

1. Name and location of court that entered judgment of conviction under attack: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, 255 E. TEMPLE ST, SUITE 140 LOS ANGELES, CA 90012

2. Date of judgment of conviction: 13 SEPTEMBRE 2021 / 17 FEBRUARY, 2023 APPEAL

3. Length of sentence: 120 MONTHS / 60 MONTHS Sentencing judge: OTIS WRIGHT II

4. Nature of offense or offenses for which you were convicted: SOLICITING A CRIME OF VIOLENCE (2 COUNTS)

_____

_____

_____

_____

5. What was your plea? *(check one)*

   ☒ Not guilty
   ☐ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

6. Kind of trial: *(check one)*

   ☒ Jury
   ☐ Judge only

7. Did you testify at the trial?

   ☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

   ☒ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court  UNITED STATES COURT OF APPEALS - NINTH CIRCUIT

(b) Result  REVERSED ONE OR TWO COUNTS OF SOLICITING A CRIME OF VIOLENCE

(c) Date of result  22 DEC, 22

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

☑ Yes        ☐ No

11. If your answer to question number 10 was "yes," give the following information:

(a) (1) Name of Court  U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(2) Nature of proceeding  WRIT OF CORAM NOBIS - ATTACHMENT A (PRO SE)

(3) Grounds raised  EXCULPATORY EVIDENCE WAS OMITTED, NON-FRIVOLOUS MOTIONS TO DISMISS WERE DENIED, CONFLICT OF INTEREST & MALVERSATION OCCURRED.

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes        ☒ No

(5) Result  REJECTED BY JUDGE SAID IT MUST BE FILED ELECTRONICALLY BY AN ATTORNEY (ANDREW TALAI)

(6) Date of result  N/A

(b) (1) Name of Court  U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

(2) Nature of proceeding  WRIT OF HABEAS CORPUS CORPUS - ATTACHMENT B (PRO SE)

(3) Grounds raised  FIRST STEP ACT, VIOLATIONS OF 1ST & 8TH AMENDMENT RIGHTS, FINANCIAL VIOLENCE, PROSECUTORIAL MISCONDUCT & PHYSICAL ASSAULT

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes        ☒ No

(5) Result  REJECTED BY JUDGE SAID IT MUST BE FILED BY ANDREW TALAI

(6) Date of result  12 SEPTEMBER, 2023

(c) (1) Name of Court  _____

(2) Nature of proceeding  _____

(3) Grounds raised  _____

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

☐ Yes        ☐ No

(5) Result _____

_____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application, or motion?

(1) First petition, etc.    ☐ Yes  ☒ No

(2) Second petition, etc. ☐ Yes  ☒ No

(3) Third petition, etc.  ☐ Yes  ☐ No

(e) If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

BECAUSE I AM NOT COMPETANT TO REPRESENT MYSELF LEGALLY, CANNOT AFFORD AN ATTORNEY, ANDREW TALBI REFUSED TO FILE FOR ME OR TO RECUSE HIMSELF NOR DID ANDREW COWAN OR ELIZABETH RICHARDSON-ROYER ASSIST ME.

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in this type of proceeding. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds that you have, whether listed below or not. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of the grounds listed below for relief, you must allege facts in support of the grounds you select. The petition will be returned to you if you merely check (a) through (j) or any one or more of these grounds without alleging facts in support.

(a) Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED USING FALSIFIED EVIDENCE PROVIDED BY PAID, CAREER CRIMINAL FRAUDSTER FBI INFORMANT IN QUID PRO QUO

Supporting facts (tell your story briefly without citing cases or law): SEE WRIT OF HABEAS CORPUS

B. Ground two: CONVICTION OBTAINED BY BRADY ACT VIOLATIONS OF EXCULPATORY EVIDENCE BEING INTENTIONALLY OMITTED

Supporting facts (tell your story briefly without citing cases or law): TELEPHONE CALLS TO TIM BICK PROVING INNOCENCE, NO FORENSIC ANALYSIS OF HANDWRITING / DNA — JUDGE WAS FORMER COLLEAGUE OF ALLEGED VICTIM & SWORN BY OATH WITH F.O.P. TO PROTECT BROTHERHOOD (EXHIBITY), ETC. SEE HABEAS CORPUS

C. Ground three: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL

Supporting facts (tell your story briefly without citing cases or law): — SEE ATTACHED — CALIFORNIA BAR COMPLAINTS — ATTACHMENTS C & D — SLANDER & MALICE BY ELIZABETH RICHARDSON- ROYER — TALAI DID NOT FILE CRUCIAL AMICUS BRIEFS — ATTACHMENT E & FAILED TO FILE MOTIONS TO RTN MY PASSPORT, 5, CLOTHES, PHONE, ETC UPON ARREST AT LAX

D. Ground four: SENTENCE REDUCTION UNDER USSG AMENDMENT 82 / 814 AT LAX

Supporting facts (tell your story briefly without citing cases or law): 6 OR LESS CRIMINAL HISTORY POINTS / 65+, DISABLED WITH EXTRAORDINARY & COMPELLING REASONS THAT WARRANT A REDUCTION IN SENTENCE — ASSAULT BY STAFF PROXIES WHILE IN CUSTODY / ABUSE & TORTURE / DENIAL OF EMERGENCY MEDICAL CARE, ETC

13. If any of the grounds listed in 12 A, B, C, or D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: REJECTED MOTIONS BY COURT

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

☐ Yes    ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At a preliminary hearing: ANDREW COWAN   811 WILSHIRE BLVD   SUITE 1460
LOS ANGELES , CA   90017

(b) At arraignment and plea: ANDREW COWAN   IBID

(c) At trial: ANDREW COWAN   IBID

(d) At sentencing: ANDREW COWAN   IBID

(e) On appeal: ELIZABETH RICHARDSON - ROYER   3739 BALBOA ST  # 1095,
SAN FRANCISCO, CA 94121 /

(f) In any post-conviction proceeding: ELIZABETH RICHARDSON -ROYER   IBID

(g) On appeal from any adverse ruling in a post-conviction proceeding: ANDREW TALAI , 321 E.
2nd STREET , LOS ANGELES, CA   90012 - 4201

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

☒ Yes      ☐ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

☐ Yes      ☒ No

(a) If so, give the name and location of the court that imposed sentence to be served in the future: _____

(b) Give the date and length of sentence to be served in the future: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

☐ Yes          ☐ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4 JANUARY  2024
*Date*

_____
*Signature of Movant*

WARNING ABOUT BABYLON.  Then I heard another voice from heaven say:  Rev. 18:4-8

"Come out of her, my people,
so that you will not share in her sins,
so that you will not receive any of her plagues;

ᵏGreek unclean

MY PROBATION SHOULD BE REVOKED AS I AM IN
CONTINUING DANGER FROM ADDITIONAL RETALIATION BY
LAW ENFORCEMENT FOR EXPOSING THEIR CRIMES
AND THE UNITED STATES CEASED TO BE MY
HOME IN 2001 WHEN I LEFT & WENT INTO
SELF-IMPOSED EXILE ABROAD IN FEAR FOR
MY LIFE, I WAS ALSO TRIED IN ABSENTEE
FOR A FALSE DUI.

MY FIRST AMENDMENT RIGHT TO PRACTICE
MY RELIGION IS BEING VIOLATED EVERY DAY
I CONTINUE TO BE COMPELLED TO REMAIN
IN THE USA AGAINST MY WILL BY THREAT OF
VIOLENCE BY THE STATE. REVELATION 18:4
EXPLICITLY COMMANDS ME TO LEAVE
THE USA.

DAVID LINEHAN
_____
*Petitioner*

UNITED STATES OF AMERICA
_____
*Respondent(s)*

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
*IN FORMA PAUPERIS*

I, DAVID LINEHAN _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐ Yes  ☒ No

    b. Rent payments, interest or dividends?    ☐ Yes  ☒ No

    c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No

    d. Gifts or inheritances?    ☐ Yes  ☒ No

    e. Any other sources?    ☐ Yes  ☒ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

    _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☒ Yes  ☐ No

    If the answer is yes, state the total value of the items owned: $ ~~15.76~~ $10.76 DEBIT CARD PROVIDED BY B.O.P. ON 18 DEC, 2023, ~~AS OF~~

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _N/A_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___4 JANUARY, 2024___

_Date_

_____

_Signature of Petitioner_

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __$10.76__ on account to his credit at the __US DEBIT CARD MONEY NETWORK__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

___N/A___

SEE ATTACHMENT 1

_____          _____

_Date_                                                                _Authorized Officer of Institution_

_____

_Title of Officer_

26 PAGES ATTACHED

Date: 12/18/2023
Time: 8:57:46 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Release Transaction Listing**
Sensitive But Unclassified

Facility: LOX

Transaction Report

ATTACHMENT 1

**Inmate Reg#:** 77362112
**Inmate Name:** LINEHAN, DAVID
**Release Address:** 3600 GUARD RD.

LOMPOC
California 93436-0000
United States

| Rel Type | Account Balance | O/S Neg Instr. Bal | Phone Bal | TRUL Bal | O/S Debt Encumb. | Total Disbursement | Pymnt# | Ref# | SubVchr# |
|---|---|---|---|---|---|---|---|---|---|
| RRC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35.76 | | R24_057 | T0054 |

**Comments:**

**Account Distribution Details**

| Transaction Type | Amount |
|---|---|
| Release - Card | $35.76 |
| Release - Cash | $0.00 |
| Release - Treas Chk | $0.00 |

$35.76
— $20 WITHDRAW → PENNY'S
— $5 FEE → GAS →
$10.76 BALANCE

1 OF 26

TRULINCS 77362112 - LINEHAN, DAVID - Unit: LOF-G-C     ATTACHMENT A

--------------------------------------------------------------------------------

FROM: 77362112
TO: Talai, Andrew
SUBJECT: Writ of Coram Nobis
DATE: 06/23/2023 03:17:33 PM


..............................IN THE UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA


DAVID LINEHAN
      Petitioner-Appellee             DC No. 2:20-cr-00417-ODW-1
v.

B. BIRKHOLZ
      Respondent

_____


UNDER SEAL DOCUMENT - WRIT OF CORAM NOBIS

Petitioner-Appellee hereby respectfully requests the court for a review of the judgment predicated on errors in fact.   It is likely that exculpatory evidence was omitted, other violations were overlooked, non-frivolous motions to dismiss were denied or malversation occurred.

The Petitioner-Appellee continues to suffer and be threatened by the Bureau's Ad Hoc and adharmic persecution while he endures unlawful incarceration as delineated in the Writ of Habeas Corpus dated 7 April, 2023, and in Exhibit A wherein he was denied sustenance.  He pleads with the court for mercy and leniency as he is unqualified to represent himself in sophisticated legal matters such as this Writ of Coram Nobis.


WHEREFORE, Petitioner prays that the court grant him relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 7th day of May, 2023.


_____
        David Michael Linehan, B.S.E.E., M.B.A., Ph.D. former candidate (ABD)

2 OF 26

12 ⇔

-C    ATTACHMENT B
---------------------------------------------------

David Michael Linehan
3600 Guard RD
Federal Correction Inst
Lompoc, CA 93436-2705
United States

...........................IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DAVID LINEHAN                                DC No. 2:20-cr-00417-ODW-1
         Petitioner-Appellee

v.

B. BIRKHOLZ
         Respondent

_____

PETITION TO EXPEDITE WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY PURSUANT TO CIRCUIT RULE 27-12
(28 U.S.C. section 2241)

Pursuant to Circuit Rule 27-12, Defendant-Appellant David Linehan petitions this court to expedite this Writ of Habeas Corpus by a Person in Federal Custody.  There is good cause to expedite this Writ because Petitioner has very strong arguments that he is actually being held in custody longer than lawful as he is being denied lawful credit for time served as well as being denied Earned Time Credits that he has accrued since one of his convictions was reversed and the resentencing calculations are in error.  Additionally, the remaining count is in cert petition before the Supreme Court.  The Bureau is stochastically and arbitrarily applying the provisions of USC 3632 (d) (4) (A) & (C) to prevent Petitioner from being transferred to a Residential Re-entry Centre in retaliation for his dissent which is outlined in Ground THREE of this Writ.  Petitioner has exhausted all Administrative Remedies available up to and including the General Counsel (BP-11) which was rejected for invalid reasons as Petitioner was not required to file at the institutional level pursuant to the Statutes because he was raising sensitive issues that he believed would put his life in danger if the Warden was aware of the scope of his claims.  Petitioner has refiled his partial informal complaint (BP-8) at the institutional level on 27 March, 2023, but it is cruel and unusual punishment for him to have to continue his unjust incarceration while he waits for all Administrative Remedies to be exhausted for a second time before filing this Writ because it will already surpass Petitioner's expected transfer date to RRC.  This amply satisfies Circuit Rule 27-12(1) and (2).  In the interest of justice, this Court should grant this petition to expedite to prevent Petitioner from having to serve any more time than necessary.

Petitioner is indigent and it is apodeictical that he is not qualified in legally sophisticated matters to represent himself pro se, as in this Petition, nor can he afford to secure counsel.  Therefore, the Petitioner pleads with the court to have mercy on him and use leniency when adjudicating this matter.  Due to the criminal nature of some of the rights violations that are documented herein, he respectfully requests that the court appoint counsel under the Criminal Justice Act to represent him in this Petition.

                                  DAVID LINEHAN
                                  Register No. 77362-112
                                  Lompoc FCI "Low"
                                  3600 Guard Road
                                  Lompoc, CA 93436

I, David Linehan declare:
This petition concerns a plethora of issues including sentencing miscalculations, First Step Act Issues & Earned Time Credits (E.T.C.s) errors, incarceration neglect and abuse, etc.
1. The place of detention is Lompoc FCI Low, 3600 Guard Road, Lompoc, CA 93436
2. The sentence was imposed by the United States District Court, Central District of California, 255 E. Temple Street, Room 1178, Los Angeles, CA, 90012
3. Indictment number is unknown
4. The date of the sentence was February 17, 2023, to 60 months on count 2 (section 844(d)) after Petitioner was resentenced after having count 3 (section 1958) reversed on appeal from 120 months.
5. Petitioner entered a plea of not guilty.
6. The jury found the Petitioner guilty on count 2 and 3 but not guilty on count 1.
7. The original conviction was appealed

3 OF 26

⇔77362-112⇔                                                    -C
        David Michael Linehan
        3600 Guard RD                      -------------------------------------------------
        Federal Correction Inst
        Lompoc, CA 93436-2705
        United States

8. a. Information on the Appeal
(1) In the United States Court of Appeals in the Ninth Circuit
(2) Reversed count #3 (18 USCS section 1958)
(3) Date of reversal was 22 Decembre, 2022
(4) Citation or number of opinion 21-50206
(5) "Not a crime of violence"
9. Grounds upon which the Petitioner claims that his rights are being violated and being held unlawfully. (Succinctly describe who did exactly what to violate petitioner's rights at what time and place).
~~a. Ground one: Constitutional Challenges to OCGA & Brady Act (see Ground ONE)~~
b. Ground two: First Step Act Issues & E.T.C. Errors (see Ground TWO)
c. Ground three: Violation of 1st and 8th Amendments to the U.S. Constitution (See Ground THREE)
e. Ground four: Financial Violence (see Ground FOUR)
g. Ground five: Prosecutorial Misconduct & Physical Assault While in Custody (see EXHIBIT Z)
FACTS: Petitioner respectfully requests the court to appoint a Special Counsel to investigate the withholding of exculpatory evidence by the prosecution in violation of the Brady Act by excluding telephone conversations, forensics evidence of forgery and other matters proving Petitioner's innocence by the prosecution. The judge was also a former colleague of the alleged target and, as a matter of prudence, should have recused himself to prevent the conflict of interest and prejudice that is directly correlated to Petitioner's false conviction that was reversed upon appeal. The Petitioner also pleads with the court to petition the Inspector General for a full, independent criminal investigation into the suspicious events surrounding the probable murder OF BY David A. Lake for which Petitioner was held liable without cause as the Statute of limitations is moot. Petitioner has been maliciously targeted and retaliated against by law enforcement for his pervasive attempts to open a criminal investigation of insurance fraud and law enforcement malfeasance. Petitioner's attempts at such through his elected representatives, for decades, have been persistently ignored due to collusion between the government and law enforcement in his prosecution. Petitioner has been the subject of a malicious political targeting campaign, very similar to the Durham case. The judicial system has been weaponized and is now used to achieve political objectives to discredit, slander and effectively cancel opponents. As further evidence of retaliation, Petitioner was viciously physically assaulted at his bunk at Lompoc FCI (J04-016L) in Decembre of 2022 by staff proxies and, prior to this, by agents on route from Terminal Island FCI to MDC-LA on 1 Octobre, 2020. For fear of his life and safety, Petitioner only reported the former incident to his legal counsel and confidentially to the Staff Psychologist , Dr. Clegg, at Lompoc FCI, who has a record of the event.
10. Petitioner has not previously filed any petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction.
11. n/a
12. n/a
13. Petitioner is not represented by counsel on this matter.
14. n/a

WHEREFORE, Petitioner prays that the court grant him relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of April, 2023.


                            David Linehan, B.S.E.E., M.B.A., Ph.D. former candidate (ABD)

                                                              4 OF 26

GROUND TWO

⇔77362-112⇔   ~~LINEHAN, DAVID~~   Unit: LOF-I-A
Us Armed Forces Service Comp
Attn: DSCC Delta Team
346 Marine Forces DR
Sentence Computation Data
Grand Prairie, TX 75051
United States

Administrative Remedy INFORMAL RESOLUTION (BP-8) / First Step Act Issues & ETC Errors / 27 March, 2023
David Michael Linehan, B.S.E.E., M.B.A., Ph.D. former candidate (ABD) / Register No. 77362-112
Appeal Court No. 21-50206 / District Court No. 0973 2:20-CR-00417-ODW-1
DATE OF INCIDENT: 21 March, 2023 at Third Unit Team Meeting

ATTACHMENT B

Firstly, I respectfully request the addition of 50 days of Earned Time Credits (ETC) for the period up to and including 16 April, 2023, pursuant to 18 USCS ~3632 (d) (4) (A) (ii) towards my release date. I have remained at low risk of recidivating for three consecutive "assessments" dated 21 April, 2022, 2 Octobre, 2022 and 21 March, 2023 and, according to the Statute, I "shall earn an additional 5 days of time credits for every 30 days after two consecutive assessments", not the 10 days shown on the FSA Time Credits Calculation sheet (EXHIBIT A). The first "FSA Needs Assessment" (EXHIBIT B) is explicitly and clearly denoted as such and is dated 19 April, 2022, and my FTC eligibility began 21 April, 2022. According to Federal law, the additional 5 days must be added for every 30 day period following the second consecutive "assessment" dated 2 Octobre, 2022, calculated as follows:

1) 21 April - 21 May : 10 days (Year 2022)
2) 21 May - 20 June : 10 days
3) 20 June -20 July : 10 days
4) 20 July - 19 August : 10 days
5) 19 August - 18 Sept :10 days
6) 18 Sept - 18 Oct : 10 days  (2nd consecutive FSA "assessment" on 2 Oct, 2022)
7) 18 Oct - 17 Nov : 15 days
8) 17 Nov - 17 Dec : 15 days  (Start Year 2023)
9) 17 Dec - 16 Jan : 15 days
10) 16 Jan - 15 Feb : 15 days
11) 15 Feb - 17 March : 15 days
12) 17 March - 16 April : 15 days
--------------------------------------
TOTAL FSA time credit = 150 days

+ 60 DAYS FSA CREDIT
FOUR 4 CLASSES FROM
MARCH - JULY 2023

Secondly, I respectfully petition the Bureau for immediate transfer to a RRC, preferably in Central California, where I may continue earning the remaining 215 days of additional FSA time credits available to me pursuant to USC 3632 (d)(4)(C) and obtain the medical care I am being denied. Allowing individuals to earn time credits while in RRC is authorized by the First Step Act. My current release date has been miscalculated and should be 10 July, 2024, when ~~I am granted~~ FSA credits are updated accurately. As a disabled senior over 65 with no residence in the United States and in direct violation of the Americans with Disabilities Act, I continue to be denied my Constitutional rights under both the First and Eighth amendments by the Bureau's failure to provide the urgent and critical medical and emergency room care I require while incarcerated. I could readily receive these services under Medicare if I were released to a RRC and this is further justification for my immediate transfer to RRC. My urgent Request for Triage services that was sent via Certified Mail in Novembre of 2022, after being lost or misplaced previously, were ignored (EXHIBIT C). I was again denied emergency room care for the recurring and life threatening severe seizure that I experienced in J dorm in June of 2022 that could have lead to my death. — $ ON 19 OCT, 2023

The Bureau wholeheartedly agrees that inmates in prerelease custody (RRC) are eligible for Earned Time Credits (ETCs) pursuant to 18 USC 3632 (d)(4)(A). (see Federal Register Vol.87, No. 12, Wednesday, January 19, 2022 / Rules & Regulations p. 2712 which is attached as EXHIBIT D). These and other issues were previously rejected in my Central Administrative Remedy request (EXHIBIT E) which raised SENSITIVE issues that are not included in this informal complaint at the institutional level. The rejection reason was moot because SENSITIVE issues are not required to be filed at the institutional level. I require the maximum allowable amount of time in RRC of 18 months to ensure my successful return back into society as I have not lived in the United States since 2001 and have no residence here any longer. I agree to continue to participate in Productive Programming activities to earn the remaining ETCs available to me during my stay in RRC to be applied to pre-release custody and/or supervised release.

5 OF 26

EXHIBIT A

## FSA Time Credit Assessment
Register Number:77362-112, Last Name:LINEHAN

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 77362-112 | Responsible Facility: LOF |
| Inmate Name | Assessment Date.....: 02-11-2023 |
|   Last............: LINEHAN | Period Start/Stop...: 04-05-2022 to 02-11-2023 |
|   First...........: DAVID | Accrued Pgm Days....: 312 |
|   Middle..........: | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender..............: MALE | FTC Towards Release.: 100 |
| Start Incarceration: 09-13-2021 | Apply FTC to Release: Yes |

```
Start       Stop         Pgm Status   Pgm Days
04-05-2022  02-11-2023   accrue       312
  Accrued Pgm Days...: 312
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 100
```

---

| #   | Start      | Stop       | Status | Risk Assignment | Risk Asn Start  | Factor |
|-----|------------|------------|--------|-----------------|-----------------|--------|
| 001 | 04-05-2022 | 10-02-2022 | ACTUAL | FSA R-LW        | 04-19-2022 1937 | 10     |
| 002 | 10-02-2022 | 03-31-2023 | ACTUAL | FSA R-LW        | 04-19-2022 1937 | 10     |

6 OF 26

EXHIBIT B

## FSA Needs Reassessment
Register Number:77362-112, Last Name:LINEHAN

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

Register Number: 77362-112              Responsible Facility: LOF
Inmate Name                             Assessment Date.....: 04/19/2022
  Last.........: LINEHAN
  First........: DAVID
  Middle.......:
  Suffix.......:
Gender.........: MALE

### Needs Reassessment Worksheet Summary

| Need Area | - Before/After - | Assignment | - Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| | After | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| Antisocial Peers | Before | N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE |
| | After | N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE |
| Cognitions | Before | N-COGNTV R | NEED - COGNITIONS REFUSE |
| | After | N-COGNTV R | NEED - COGNITIONS REFUSE |
| Education | Before | N-EDUC Y | NEED - EDUCATION YES |
| | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| | After | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
| | After | N-MEDICL Y | NEED - MEDICAL YES |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK Y | NEED - WORK YES |
| | After | N-WORK Y | NEED - WORK YES |

### Needs Reassessment Worksheet Details

Need Area: Anger/Hostility, Assignment: N-ANGER Y
  No Data
----------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO R
  No Data
----------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV R
  No Data

7 OF 26

EXHIBIT C

7021 2720 0003 5069 6772

NSN7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

Date: 18 NOV 22

INMATE REQUEST FOR TRIAGE SERVICES

SHU

*(Formulario y Registro para Atencion Medica de Confinados)*

*Complaint(Queja), What is your medical problem?(Caul es su problema?)*

Subjective:        PLEASE SEE ATTACHMENT

*How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)*   PLEASE SEE ATTACHMENT

*Days (Dias)_____   Months(Meses)_____   Years(Anos)_____*

*Signature(Firma)_____*

*****************************************************************************************

Objective:

Temp:_____   Pulse:_____   RR:_____   B/P:_____   Oxygen Sat:_____   Pain Scale:     /10

Visual Acuity: _____   Fingerstick:_____

Triage Findings:

Triage Personnel=s signature:

| | FCC LOMPOC | |
|---|---|---|
| PATIENT=S NAME (*Last, First, Middle initial*) | | ID Number: |
| David Michael Linehan | | ⇔77362-112⇔ |

8 OF 26

however, will also be held responsible for any attendant disciplinary prohibited act code violations, *e.g.*, failing to report to institution work detail.[4]

*COMMENT: FSA Time Credits should be applied to an inmate's transfer to supervised release (to shorten a term of imprisonment).*

Some commenters indicated that they were concerned that Time Credits would not, in fact, be applied to transfer to supervised release at all, but instead might only be applied to prerelease custody, noting that the proposed rule "does not address the procedures for determining whether an individual inmate will have FSA Time Credits applied toward prerelease custody, early transfer to supervised release, a combination of both, or neither; this proposed rule only addresses the procedures for earning, awarding, loss, and restoration of FSA Time Credits."

*RESPONSE:* As stated, under the FSA, an eligible inmate who successfully participates in an EBRR Program or PA recommended by staff based on the inmate's risk and needs assessment may earn FSA Time Credits to apply toward prerelease custody or transfer to supervised release. Eligible inmates may earn 10 days of Time Credits (and, if maintaining a low or minimum risk status, an additional 5 days of Time Credits) for every 30-day period of successful participation in EBRR Programs or PAs.

However, under the FSA (18 U.S.C. 3624(g)), even if earned, Time Credits may not be applied to prerelease custody until:

• The amount of earned Time Credits is equal to the remainder of the inmate's imposed term of imprisonment;

• The inmate has demonstrated a reduced risk of recidivism or maintained a minimum or low recidivism risk during his or her term of imprisonment;

• The remainder of the inmate's imposed term of imprisonment has been computed under applicable law (*e.g.*, Good Conduct Time Credit under 28 CFR part 523 has been applied, eligibility for early release consideration under Residential Drug Abuse Treatment Program regulations in 28 CFR part 550 has been evaluated, etc.); and

• The inmate has been determined to be at a minimum or low risk of recidiving based on his or her last two assessments, or has had a petition to be

[4] *See* 28 CFR 541.3, Table 1—Prohibited Acts and Available Sanctions: Moderate Severity Level Prohibited Acts, code 306: "Refusing to work or to accept a program assignment."

transferred to prerelease custody approved by the warden.

Similar requirements exist under the FSA for application of earned Time Credits to transfer to supervised release. Time Credits may not be applied to transfer to supervised release under 18 U.S.C. 3624(g) unless:

• The amount of earned Time Credits is equal to the remainder of the inmate's imposed term of imprisonment;

• The inmate's sentence includes a period of supervised release to be served after his or her term of imprisonment;

• The inmate's latest risk and needs assessment shows that he or she is at a minimum or low risk of recidiving; and

• The application of Time Credits would not result in starting the period of supervised release more than 12 months before he or she would otherwise be eligible to do so (*i.e.*, any amount of earned Time Credits in excess of 12 months would be applied to prerelease custody).

*See* Nathan James, U.S. Congressional Research Service, The First Step Act of 2018: An Overview (2019), at 5–6.

The Bureau assures commenters that FSA Time Credits will be applied to early transfer to supervised release, as authorized by the FSA in 18 U.S.C. 3632(d)(4)(C) and 18 U.S.C. 3624(g). *See* 2020 Annual Report at 39–44. The Bureau intends to adhere to the parameters of the FSA to permit application of Time Credits toward transfer to supervised release pending development of policy, in individual cases as appropriate.

*COMMENT: Earning FSA Time Credits should continue in Residential Reentry Centers and/or while in home confinement.*

Many commenters raised an issue that was articulated by Senator Sheldon Whitehouse (D–RI) and Senator John Cornyn (R–TX) as follows:

The proposed rule also provides that "FSA Time Credits can only be earned while an inmate is in a Bureau facility, and will not be earned if an inmate is in a Residential Reentry Center or on home confinement." The proposed rule does not cite to any authority for this restriction, and this interpretation is not consistent with the goals of the First Step Act.

Allowing individuals to earn time credits while in RRCs is authorized by the First Step Act. The Act provides that "[t]ime credits earned . . . by prisoners who successfully participate in recidivism reduction programs or productive activities shall be applied toward time in prerelease custody or supervised release." It defines "prisoner" as "a person who has been sentenced to a term of imprisonment pursuant to a conviction for a Federal criminal offense, or a person in the custody of the Bureau of Prisons."

Because "[p]re-release inmates at an RRC remain in Federal custody while serving a sentence imposed by a U.S. District Court or DC Superior Court," they are "prisoners" for the purposes of the First Step Act. Nor does the First Step Act distinguish between "prisoners" who are serving their sentence in a BOP institution, in an RRC, or on home confinement in describing the time credit program. By its own terms, the statute allows BOP to award time credits to individuals incarcerated in an RRC toward time in supervised release.

Allowing individuals incarcerated in an RRC to earn time credits by participating in EBRRs would further the purposes of the First Step Act. RRCs offer substance abuse treatment and other programs similar to those offered in BOP institutions. There is no reason to believe that a program offered in an RRC will reduce recidivism any less than one offered to an individual in prison. In fact, such programs may be more effective, as individuals are close to release from custody and can begin putting lessons learned into practice as they transition home. BOP should revise the proposed rule to allow individuals to earn time credits while in an RRC.

Congressman Hakeem Jeffries (D–NY) also stated, "I see no reason to make individuals in Residential Reentry Centers (RRCs) or in home confinement ineligible to earn time credits. . . . Congress could have used a narrower definition or explicitly excluded certain categories of individuals based on where they serve their sentence, but it chose not to do so."

*RESPONSE:* After carefully considering the comments received, the Bureau agrees that inmates in prerelease custody—whether in a residential reentry center (RRC) or on home confinement—are eligible to earn FSA Time Credits under 18 U.S.C. 3632(d)(4)(A), which they could presumably apply, under 18 U.S.C. 3632(d)(4)(C), toward transfer to supervised release.

The practical effect of allowing eligible inmates to keep earning Time Credits while in prelease custody (RRCs) will likely be limited, however, for several reasons. First, the Bureau intends to transfer eligible inmates who satisfy the criteria in 3624(g) to supervised release to the extent practicable, rather than to prelease custody. The Bureau therefore anticipates that the total population of eligible inmates in RRCs or home confinement will be small.

Second, as a practical matter, programming and services for inmates in RRCs or home confinement will often be provided off-site or by a third-party provider, which makes tracking successful participation more difficult. For example, community-based substance use treatment programs referred to by the Senators in their

ATTACHMENT

⇔77362-112⇔
David Michael Linehan
Church of Smyrna
3600 Guard RD
Federal Correction Inst
Lompoc, CA 93436
United States

18 Novembre, 2022        ********** VIA Certified Mail # 7021 2720 0003 5069 6772 **************

Jaspar Dhaliwal, M.D.
Medical Department
FCI - Lompoc
3901 Klein Blvd.
Lompoc, CA  93436

Re: Attached Request For Triage Services dated 18 Novembre, 2022

Dear Dr. Dhaliwal,

I pray that you are well.  I am contacting you in this extraordinary fashion, via Certified Mail (#7021 2720 0003 5069 6772), because my communication through internal B.O.P. means seem to be frequently lost or misplaced.

I have been experiencing what may be heart palpitations over the last several weeks and am writing to request an urgent appointment with a Board Certified Cardiologist to follow-up with a thorough examination of the heart murmur condition that was diagnosed at Terminal Island over two years ago.  I was informed at that time that I was scheduled to have an appointment with a cardiologist but it has never occurred.   Additionally, I need to see a Board Certified Neurologist who will clinically evaluate and classify my seizure/epilepsy disorder and directly address the pervasive secondary after effects I continue to experience, which could have led to my death here in Lompoc FCI in June of this year after being denied emergency medical care at a hospital.

I also require a Board Certified Dermatologist to diagnose and treat possible pre-cancerous aberrations, acute onychomycosis and other skin conditions caused by the unsanitary environment here at Lompoc FCI.  I request that you immediately prescribe Itraconazole 100 mg as well as Zinc, Magnesium and Manganese for my severe mineral deficiencies as well as a probiotic supplement due to the poor diet that I receive at Lompoc FCI which has directly caused my elevated triglyceride levels, mineral and vitamin deficiencies and flatulentus leguminosus.  I also request that you prescribe a natural remedy, if available, to address the latter issue as soon as possible.

Finally, I also need an immediate and full ophthalmological examination for vision correction and investigation for other potential ocular issues.  Thank you in advance for your kind and urgent attention to these matters.

Sincerely,

David Linehan, B.S.E.E., M.B.A., Ph.D. former candidate (A.B.D.)

cc: Ms. Elizabeth Richardson-Royer, Esq.

P.S. — I have attempted for some time to obtain my medical records for which I have paid $30.20 to no avail after several visits to medical and many "cop-out" attempts.  If possible, would you see to it that they are forwarded to me via internal mail at your earliest convenience, please?

10 OF 26

Gratas Nativitas Icta Sheol
Augustus Simulacrum dat pluribe conungum quo, quid am Angelus lux ex, atque in Novi Yorkum portum libertas habitas superbum tam; es Semiramis Regina Latebra Babel mundi irrite com; Putana diaboli, "suus foris ab advenire" !

EXHIBIT E                          7021 2720 0003 5069 6789                    Attachment A

U.S. Department of Justice                          Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: ___Linehan, David M___          ___77362-112___     ___J04-016L___     ___from __ CA 95486___
            LAST NAME, FIRST, MIDDLE INITIAL           REG. NO.              UNIT              United States
                                                                                            INSTITUTION

Part A—REASON FOR APPEAL     Please See Attachments B, C & D

PLEASE COPY IN YOUR RESPONSE.     77362-112
                                  Elizabeth Richardson-Royer
                                  Appellate Super Attorney
                                  3739 Balboa ST
                                  Suite 1095
                                  SAN Francisco CA 94121
                                  United States

___28 Novembre 2022___                                    _____
         DATE                                              SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
NOV 3 0 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____                              _____
         DATE                                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                           CASE NUMBER: 1144440

Part C—RECEIPT
                                                     CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT        INSTITUTION

SUBJECT: _____

_____                              _____
         DATE                                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                                            BP-231(13)
                                                                                  APRIL 1982

11 OF 26

GROUND THREE

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 12, 2022

GROUND 3

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : DAVID LINEHAN, 77362-112
      LOMPOC FCI    UNT: 3 GP    QTR: J04-016L
      3600 GUARD ROAD
      LOMPOC, CA 93436


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1144440-A1    CENTRAL OFFICE APPEAL
DATE RECEIVED  : NOVEMBER 30, 2022
SUBJECT 1      : RELIGIOUS PROGRAMS - (EXCEPT FOOD/DIETS/MEALS), ACCESS TO
SUBJECT 2      : DISCRIMINATION
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR   CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

12 OF 26

7021 2720 0003 5064 6784

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _____ Linehan, David M. _____ 77362-112 _____ J04-016L _____ Lompoc, CA 93436 United States

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL**     Please See Attachments B, C & D

PLEASE COPY IN YOUR RESPONSE:

77362-112
Elizabeth Richardson-Royer
Appellate Super Attorney
3739 Balboa ST
Suite 1095
SAN Francisco, CA 94121
United States

28 Novembre, 2022

DATE

SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

NOV 3 0 2022

Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE _____

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: _1144440_

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____ DATE _____ SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

USP LVN          Printed on Recycled Paper

13 OF 26

Attachment B

77362-112
National Appeals Admin
Office of General Counsel
320 1ST.ST.NW
Washington, DC 20534
United States

28 Novembre, 2022        ********** VIA Certified Mail # 7021 2720 0003 5069 6789 ***********
CENTRAL OFFICE ADMINISTRATIVE REMEDY APPEAL
LINEHAN, DAVID, M. 77362-112   UNIT J04-016L  LOMPOC

Part A - REASON FOR APPEAL
"We ought to obey God rather than men"  ( Acts 5:29)  Attached is a copy of my Regional Administrative Remedy Appeal Request (BP-230(13)) that was filed on 24 Octobre, 2022 as well as the Request for Administrative Remedy (BP-229(13)) that was filed on 16 Septembre, 2022. I did not receive a response to the BP-230(13) within 35 days and am now exercising my right to appeal to the General Counsel (BP-231(13)).

I am being severely persecuted for my religious beliefs under the First Amendment of the United States Constitution in retaliation by the government for exposing their crimes against humanity and me.  The church "has an unconditional obligation to the victims of any order of society, even if they do not belong to the Christian community."  It is apodeictical that, "at some point the church must directly take action against the State to stop it from perpetrating evil".  It was my duty as a member of the Confessing Church to obey God and directly intervene with an email I sent to try and stop the State in its continuing genocide of my innocent Cambodian children students, just as the late Pastor Bonhoeffer did to try and stop Germany in its genocide of the Jews.  It was also my duty to "expose the darkness" and the crimes committed in law enforcement's probable homicide of David A. Lake and their subsequent cover-up in my attempted reopening of a lawsuit while I was incarcerated at Terminal Island; for this latest issue, I was framed for this false conviction in their on-going vendetta against me to obstruct justice.

"If they persecuted me, they will also persecute you"  (John 15:20)  "... have no fellowship with the unfruitful works of darkness, but rather expose them" (Ephesians 5:11)  As a Christian, in status confessionis, and former missionary in Asia, I continue to be targeted and persecuted for following my religious beliefs.  My false conviction was based upon perjury and falsified evidence, and has been followed up by a pervasive and indisputable pattern of physical and psychological abuse by the State in the form of threats by its agents leading to my protective custody; another false "conviction" in an Incident Report on 23 August, 2022, which was also based upon lies and falsified evidence that has subsequently been expunged; covert bullying by staff, routine non-delivery and tampering of my U.S. mail, non response to my tort claim for the FBI confiscation of all of my personal property on 1 Octobre, 2020 at Terminal Island and pervasive medical malpractice in not providing emergency medical care at a hospital, clinically evaluating and classifying my seizure/epilepsy disorder nor addressing the secondary after effects of insomnia, paroxistic abulia, retrograde amnesia, vertigo, syncope, asthenia and dysthymia. Scheduled appointments to investigate my heart murmur and ophthalmological issues were never followed-up.  Webster's dictionary defines terrorism as "the use of violence and repression for political purposes and gains" and this aptly describes State actions against my children and me.

Additionally, I have been denied a one year sentence reduction due to discriminatory policies that favor drug offenders with the R.D.A.P. program, additional First Step Act credits due to a subjective and stochastic determination of eligibility, access to Christ-centered counseling in lieu of inefficacious, secular humanistic psychotherapy and employment conducive to my education and experience in accordance with the disabilities I have been inflicted with by the State's malicious, pervasive, inhumane, cruel and unusual punishment for crimes that I did not commit.  In addition to my previous requests, I also demand immediate release into Home Confinement and/or compassionate release to preserve my life which are within my rights under the CARES Act.

Postscript -  Since my case involves exposing criminal collusion between the highest levels of the Senate, law enforcement and State Farm Insurance company to cover-up the probable murder of David A. Lake and the fact that the mass media, politicians and courts are complicit in this matter, only God can win this battle.   To frame an innocent and indigent missionary using lies, falsified evidence, criminal collusion and obstruction of justice for soliciting a crime of violence is a reprehensible act of cowardice and slight of hand move to divert attention to a "patsy".  The State always accomplishes it's objectives by any and all means possible is likely using coercion to frighten my attorney also.  We will all stand before my Lord and Savior, Jesus Christ, someday to account for our actions.  How will you plead?  I imagine that the State may also kill me as it likely did to Lake and label it a suicide or COVID death.  It is ░░ their Modus Operandi to frame and murder those who dare to dissent to their tyranny.  Justice is reserved for those with money and power.  Dulce Et Decorum Est Pro Christi Mori.

14 OF 26

Attachment C

TRULINCS 77362112 - LINEHAN, DAVID - Unit: LOF-J-A
--------------------------------------------------------------------------

SEIZURE
AGAIN ON
19 OCTOBRE, 2023

REGIONAL ADMINISTRATIVE REMEDY APPEAL - Via Certified Mail on 24 Octobre, 2022 (7021 2720 0003 5069 6529)
Part A - Reason for Appeal
I did not receive a response to my informal complaint on 17 June, 2022, to the latest incident of near-death from severe seizures I experienced on 16 June, 2022. ("Staff members do not have a deadline to respond to your informal complaint") I requested the necessary forms but was also denied them. I also did not receive a response to my BP-229(13) Request for Administrative Remedy dated 16 Septembre, 2022. I believe that I am raising a sensitive issue and that my life is in danger. Attached please find a copy of the BP-229(13) that I originally hand copied. cc: Ms. Elizabeth Richardson-Royer, 3739 Balboa St. Suite 1095, San Francisco, CA 94121

Copy of my original BP-229(13) Request for Administrative Remedy to Warden Birkholz dated 16 Septembre, 2022:

I am writing because of my deep concern regarding the grossly negligent medical care that I have received during my custody with the Bureau of Prisons since Decembre of 2018 that has directly resulted in serious, life threatening COVID-19 infections, scabies and a permanent debilitating seizure disability caused by the abuse of staff members. The cruelty and gross medical malpractice orchestrated by denying my right to emergency medical care at a hospital nearly led to my death on more than one occasion. My 8th Amendment rights under the United States Constitution have been repeatedly and blatantly violated by the government while being falsely incarcerated for crimes of which I am innocent of committing in acts of premeditated and malicious retaliation.

I request immediate redress by providing equitable ethical medical care for all future medical emergencies and financial compensation in the amount of $10 million U.S. dollars to pay for future medical care for the permanent disabilities and the pain and suffering that I have incurred. Due to the "likely event" of my soon acquittal for wrongful conviction and impending immediate release from incarceration, I request that you copy my attorney, Ms. Elizabeth Richardson-Royer, in your response at the address shown in this letter.

15 OF 26

allow Jews to be a part of the church, but that this was precisely what the church was: it was the place where Jews and Germans stand together. "What is at stake," he said, "is by no means the question whether our German members of congregations can still tolerate church fellowship with the Jews. It is rather the task of Christian preaching to say: here is the church, where Jew and German stand together under the Word of God, here is the proof whether a church is still the church or not."

Many would have remembered Galatians 3:28, declaring that "there is neither Jew nor Greek, bond nor free, male nor female, for you are all one in Christ Jesus." To underscore his point, Bonhoeffer concluded with words from Luther's commentary on Psalm 110:3: "There is no other rule or test for who is a member of the people of God or the church of Christ than this: where there is a little band of those who accept this word of the Lord, teach it purely and confess against those who persecute it, and for that reason suffers what is their due."

In the spring of 1933, Bonhoeffer was declaring it the duty of the church to stand up for the Jews. This would have seemed radical to even staunch allies, especially since the Jews had not begun to suffer the horrors they would suffer in a few years. Bonhoeffer's three conclusions—that the church must question the state, help the state's victims, and work against the state, if necessary—were too much for almost everyone. But for him they were inescapable. In time, he would do all three.

The advent of the Nazi victory and the Nazis' attempt to co-opt the church resulted in chaos within the church itself, and in fighting and politicking among the many factions of the church. Bonhoeffer wanted to drown out the cacophony of voices and look at these things calmly and logically. He knew that if these questions were not addressed properly, one would be reduced to merely "political answers" or "pragmatic" answers. One could begin to veer away from the true gospel, toward worshiping a god made in one's own image, rather than God himself, the "eternally other" of whom Barth had spoken and written. And just as many well-meaning Christians at Union had unwittingly abandoned that God for many good reasons, so too many of the well-meaning Christians in Germany were now doing. They were convinced that if they bent their theology a bit, it wouldn't matter—the results would

the church "has an unconditional obligation to the victims of any ordering of society, *even if they do not belong to the Christian community.*" Everyone knew that Bonhoeffer was talking about the Jews, including Jews who were not baptized Christians. Bonhoeffer then quoted Galatians: "Do good to all men." To say that it is unequivocally the responsibility of the Christian church to help all Jews was dramatic, even revolutionary. But Bonhoeffer wasn't through yet.

The third way the church can act toward the state, he said, "is not just to bandage the victims under the wheel, but to put a spoke in the wheel itself." The translation is awkward, but he meant that a stick must be jammed into the spokes of the wheel to stop the vehicle. It is sometimes not enough to help those crushed by the evil actions of a state; at some point the church must directly take action against the state to stop it from perpetrating evil. This, he said, is permitted only when the church sees its very existence threatened by the state, and when the state ceases to be the state as defined by God. Bonhoeffer added that this condition exists if the state forces the "exclusion of baptized Jews from our Christian congregations or in the prohibition of our mission to the Jews."

The church would be "*in statu confessionis* and here the state would be in the act of negating itself." This Latin phrase, which means "in a state of confession," was originally used as a specifically Lutheran phrase in the sixteenth century. By Bonhoeffer's time it had come to mean a state of crisis in which the "confession" of the gospel was at stake. To "confess the gospel" simply meant to speak forth the good news of Jesus Christ. Bonhoeffer continued, "A state which includes within itself a terrorized church has lost its most faithful servant."

Bonhoeffer went on to say that to "confess Christ" meant to do so to Jews as well as to Gentiles. He declared it vital for the church to attempt to bring the Messiah of the Jews to the Jewish people who did not yet know him. If Hitler's laws were adopted, this would be impossible. His dramatic and somewhat shocking conclusion was that not only should the church

_____

* The term *Confessing Church* in large part was coined in reference to the phrase "*in status confessionis.* Those who believed that the German church had ceased to be the church of Jesus Christ because of the adoption of the Aryan Paragraph decided that they must break away and form the church anew. The new church was called the Confessing Church because it proclaimed the gospel of Jesus Christ.

16 OF 26



BP-A0288                    **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

Part I – Incident Report

| 1. Institution:  **LOMPOC FCI** | | Incident Report Number: **3665705** | |
|---|---|---|---|
| 2. Inmate's Name **LINEHAN, DAVID** | 3. Register Number **77362-112** | 4. Date of Incident **08-23-2022** | 5. Time **0359 hrs** |
| 6. Place of Incident **PHONE STATION 6097-LOF-J-B** | 7. Assignment **UNASSG** | 8. Unit **A** | |
| 9. Incident **297 -- PHONE ABUSE-DISRUPT MONITORING.** | | 10. Prohibited Act Code(s) **297** | |

11. Description Of Incident
    (Date: **08-23-2022**   Time: **0359 hrs**   staff became aware of incident)

On August 23rd, 2022, at 3:59 AM, while monitoring inmate recorded phone calls via TRUFONE, I monitored a phone call placed to telephone number 011526645890333 by inmate DAVID LINEHAN, Reg. No. 77362-112, on August 22nd, 2022, at 9:28 PM, from PHONE STATION 6097-LOF-J-B. After inmate LINEHAN states "UNITED STATES OF AMERICA", I could clearly hear the voice of a different inmate on the phone. I conducted a search of telephone number 011526645890333 on TRUFONE, and I found inmate YEPEZ, JUAN, Reg. No. 66172-198, who had recently called the same number.

The last documented phone call on inmate YEPEZ s account to the aforementioned phone number was dated August 21th, 2022 at 8:49 P.M., from PHONE STATION 6097-LOF-J-B. After monitoring this phone call, the voice on the phone matched the voice of the inmate who placed the call on August 22nd, 2022 at 9:28 PM under Inmate LINEHAN's account. I then monitored several calls made by inmates YEPEZ and, and LINEHAN using their assigned TRUFONE accounts to various telephone numbers. After I listened to inmates YEPEZ and LINEHAN individual voices on the phone calls, I was able to recognize inmate YEPEZ's voice to be the voice of the inmate on the phone call placed on August 22nd, 2022, at 9:28 PM, on inmate LINEHAN's TRUFONE account.

IMPOSSIBLE! I RESIDE IN "J" DORM. YEPEZ, WHO I DON'T EVEN KNOW, RESIDES IN "B" DORM. AT 9:28 PM WE ARE CONFINED TO OUR DORMS, I COULD NOT BE OMNIPRESENT IN DORMS B & J CONCURRENTLY AT THIS TIME.

| 12. Typed Name/Signature of Reporting Employee **Joseph Giles** | 13. Date And Time **08-23-2022 0434 hrs** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) *J. Mitchell* | 15. Date Report Delivered **8-23-22** | 16. Time Report Delivered **1:05 pm** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                              Replaces BP-S288.052

17 OF 26

Ground FOUR

*ISSUED 3/27/23*

*SQ*

FCC 1330.18a
March 10, 2014
Attachment 1

INFORMAL RESOLUTION                    DATE: 27 MARCH 2023

INFORMAL RESOLUTION INSTRUCTIONS: STAFF MUST COMPLETE AND ATTACH THE
ORIGINAL OF THIS FORM TO EACH BP-9, WHEN THE COMPLAINT CANNOT BE INFORMALLY
RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT
THOSE APPEALING UDC/IDC ACTIONS OR ISSUES THAT ARE DEEMED SENSITIVE.

INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: David Michael Linehan          REG. NO.: 77362-112          UNIT: J04-16L

DATE BP-9 REQUESTED: _____

DATE BP-9 ISSUED    : _____

DATE BP-9 RETURNED  : _____

INMATE'S COMPLAINT: NON-PAYMENT OF TORT CLAIM FROM

See Attachment  C & D          TERMINAL ISLAND

RELIEF REQUESTED: $1500.77

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT:

CORRECTIONAL COUNSELOR: _____ DATE: _____

UNIT MANAGER'S COMMENTS/ASSISTANCE:

UNIT MANAGER: _____ DATE: _____

18 OF 26

COPY                    ATTACHMENT C

BP-A0943 . Small Claims for Property Damage or Loss (31 U.S.C. § 3723)
MAR 18
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

---

1. Location where the property loss or damage occurred:

TERMINAL ISLAND

⇔77362-112⇔
David Michael Linehan
3600 Guard RD
Federal Correction Inst
Lompoc, CA 93436-2705
United States

---

3. Date and Day of Incident:

1 OCTOBRE, 2020

4. Time: (A.M. or P.M.):

10 AM

---

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

FBI CONFISCATED ALL OF MY PROPERTY
UPON MY ARREST AT TERMINAL ISLAND
ON 1 OCTOBRE, 2020

---

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness):

N/A

---

7. Amount of Claim for Damage to, or loss of, privately owned property   (in dollars)
(Sum Certain Amount - Total Amount Of Claim):

$1500.77

---

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

---

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

---

9. Signature of Claimant or Authorized Representative

10. Date   OCTOBRE 24, 2022

---

PDF                    Prescribed by PS 5580                    19 OF 26



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

7021 2720 0003 5069 6529

| Certified Mail Fee | |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

77362-12

Postmark
Here

OCT 4 2022

ATTACHMENT
D

7 Regional Director
Western Regional Office
7338 Shoreline DR
VIA Certified MAIL
Stockton, CA 95219

20 OF 26

⇔77362-112⇔                                          ·C
        David Michael Linehan
        3600 Guard RD                        ------------------------------------------------------
        Federal Correction Inst
        Lompoc, CA 93436-2705
        United States


7 April, 2023    *********** Via Certified Mail 7022 3330 0000 0599 3918 *********    EXHIBIT Z

Mr. Michael L. Tipsord
Chief Executive Officer & President
State Farm Insurance Company, Inc.
One State Farm Plaza
Bloomington, IL 61710

Re: Crucifixion

Subject: Resurrection

Dear Mr. Tipsord,

April marks the 35th anniversary of a nearly fatal auto accident that left me permanently injured both physically and psychologically and forever changed my life. I am writing to respectfully request that you independently investigate the claims made herein and, if they prove to be correct, reach out to me in compassion, do the right thing and help me to recover. I remain indigent to this day because of these events and have never recovered from the treachery and betrayal.

I feel great sorrow for all those who conspired to frame an innocent man for an accident that was caused by David A. Lake and that nearly killed me. I have been defrauded out of millions of dollars in damages from both State Farm and the State itself. I was left permanently injured, lost everything, was abandoned and betrayed, had to drop out of my Ph.D. program, and then was framed again and imprisoned to silence my continuing efforts to do as my Lord and Savior, Jesus Christ, commands me to do in Ephesians 5:11. Falsifying evidence, perjury, obstruction of justice and criminal collusion were all used TWICE just to cover-up the truth and install my corrupt and deceased attorney, Walter "Skip" Campbell into the Florida Senate and then frame and imprison me to "cancel" me and my pervasive protests.

My VW was T-boned at a 90 degree angle on the passenger side in the Coral Grill restaurant parking lot in Islamorada, FL, by Lake's Bronco crushing my vehicle. I had a $300K and Lake a $20K policy, both with State Farm. The blatantly false police report showed that my VW collided with Lake's Bronco in the middle of the highway on the driver's side of my car. The perfectly choreographed trial was a magic show, akin to a Pinocchio production, skillfully crafted to guarantee the pre-planned outcome to frame the victim and deceive the jury. No photographs were shown to the jury but plenty of lies and evidence suppression were used. A fantasia of smoke and mirrors and sleight of hand to achieve the desired objectives by expert and premeditated collusion by all sides. I sat in awe in the kangaroo court not permitted to testify; a mute patsy. The goal was to first defraud the heavily insured victim, me, and then betray the misguided culprit, Lake, to the collective benefit of the attorneys, law enforcement and State Farm to avoid paying out claims and exposing corruption. The entire process was pure Machiavellian brilliance in it's despotism.

There was also a large photo of the accident in the front page of the local newspaper the next day and William Emral, Monroe Sheriff Deputy, the first responder, reported the truth to the State Police at the scene of the accident; yet both never reached the jury. Broward Sheriff Deputy Hal Samuels had a comprehensive evidential dossier proving my innocence but was compelled to testify in plain clothes while the State Police falsely witnessed in full majestic State regalia. The facts are irrelevant when corporate profits and installing corrupt attorneys into public office for collective gain are at stake. State Farm even had the audacity to pay a death benefit from my policy, without my knowledge or consent, to Lake's widow after he was likely killed, overtly or though proxies, by law enforcement to cover up their malfeasance by feigning suicide. Lake would have become a condemning whistleblower, if he had survived, and his "attorney sold him out", as was claimed in the overtly suspect and conspicuous "suicide note". They have now metaphorically "killed" me too with their pervasive perjury, falsified evidence, etc. framing me for "soliciting a crime" for which I am innocent to continue to subvert justice. Justice has become nothing but an abstract construct in a country that has turned it's back on God. Even the Inspector General ignored my pleas for a full, criminal investigation as the Statute of Limitations is moot. How is it even possible for a destitute person to solicit anything?

                                                                    21 OF 26

⇔77362-112⇔
    David Michael Linehan
    36OO Guard RD
    Federal Correction Inst
    Lompoc, CA 93436-2705
    United States



State Farm supplied the cross and cowardly attorneys and law enforcement brought the nails to crucify an innocent man.  State Farm knew that I was innocent but, like Pontius Pilot, turned it's back and succumbed to the raging Cretans who were hungry for blood chanting "crucify him!"  Now, in this Resurrection Season, it is your chance to right this horrible travesty of injustice and bring rebirth to your martyred former and loyal customer.

No one gets away with anything.  We will all stand before Christ someday to account for our actions.  May God have mercy upon everyone involved.  I remain innocent for both the accident and this false conviction and God knows the truth.  I have no remorse or guilt because I am innocent of the accident and of committing the heinous crime that is under appeal before the Supreme Court.  The love of money, corruption and the unbridled lust for power is behind this terrible injustice.  God's vengeance is far worse than anything mere mortals could possibly do and an eternity in the Lake of Fire is what is in store for those who refuse to repent.  "For what will it profit a man if he gains the whole world, and loses his own soul?"

I have never given up the fight for justice, against all odds, and been severely chastised and persecuted for doing so.  "For the love of money is the root of all kinds of evil..." (1 Tim 6:10).   I will pray for your soul and hope that you will do the right thing... please restore me.

Sincerely,

David Michael Linehan, B.S.E.E., M.B.A., Ph.D. former candidate (ABD)
: attachment Psalm 73
cc: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, 20-00417-ODW, WRIT OF HABEAS CORPUS (EXHIBIT Z)

"COWARDS CAN NEVER BE MORAL" - Gandhi

22 OF 26

⇔77362-112⇔                                    3-C

David Michael Linehan                          -----------------------------------------------
Obadiah Coram Nobis
3600 Guard RD                                          ATTACHMENT   C
Federal Correction Inst
Lompoc, CA 93436-2705
United States

Attachment X - Statement of Complaint (#165435) dated 24 April, 2023

"Cursed are those who put their trust in men..." (Jer 17:5). Andrew Cowan, hereinafter AC, violated both the California State Bar Act and the California Rules of Professional Conduct with professional malpractice in performing his court mandated duties as my defense counsel. AC's misconduct strengthened the State's malicious prosecution of an innocent man to achieve the polar opposite of his State Bar required obligations.

I filed a Writ of Habeas Corpus with the Central District of California on 7 April, 2023, that included a claim of prosecutorial misconduct in which AC actively aided and abetted the State in it's malicious prosecution. AC repeatedly deceived me about being acquitted at a face-to-face meeting we had on 19 June, 2021, at MDC-LA by assuring me that there was "no legal basis" for my prosecution thereby intentionally instilling false hope. Subsequently, following my wrongful conviction, AC affirmed his contempt for his client and his client's religious convictions with his defaming and slanderous declarations in a court filing entitled "Under Seal Document" dated 7 Septembre, 2021. In it, AC made false adharmic clinical psychological assessments of the defendant when he had no formal training or qualifications to do so. AC's blatant malevolence towards the defendant and his Christian beliefs were pathognomonic. The defendant completed doctoral studies in Clinical Psychology (ABD) with highest honors, including internship, and is qualified to make clinical assessments based upon the Diagnostic and Statistical Manual revision 5, hereinafter DSM-V. AC meets or exceeds the DSM-V diagnostic criteria for Anti-Social Personality Disorder (301.7/F60.2) and, as such, should be disciplined by the State Bar to prevent him from harming future clients. AC's premeditated sabotage of his client's right to a fair trial was willful, malicious and caused irreparable harm.

AC's malpractice and prejudices were directly correlated with my wrongful conviction for crimes that I did not commit. AC even had the audacity to proclaim that I would be acquitted upon appeal if I only remained "patient"; another lie that caused me further psychological distress and led to false hope again. AC colluded with the State in my wrongful conviction either willfully or through coercion. I have petitioned the court in my Writ to appoint a "Special Counsel" to investigate violations of the Brady Act in the deliberate omission of exculpatory evidence in which AC was, de facto, implicated. This includes telephone conversations, forensic evidence of forgery, D.O.J. entrapment tactics similar to the Durham case including bribing career criminal FBI informants and many other vital matters that the jury members were ignorant of in their deliberation and that would have led to a not guilty verdict on all three counts; not just on count one for "retaliation". Instead, as I stood paralyzed and in shock in the dispiteous courtroom, the blind jury members found me guilty on two counts of "soliciting a crime of violence" How is it even possible for a penniless man to pay professional hit men for such a heinous act if he is destitute ? As an engineer and university teacher trained in logic, AC was morally obligated to inform the jury, directly or indirectly, that I had only one month before my release and certainly any logical person would wait 30 days so that they would be free to escape. AC deliberately failed to perform his ethical duties under the dictates imposed by the State Bar that directly led to my wrongful conviction and subsequent torture while incarcerated.

I respectfully request a full, expedited, impartial and immediate confidential investigation of AC and appropriate disciplinary actions. My life remains in great danger and I have been physically threatened and assaulted on several occasions while in custody while AC stood by idly and did nothing. I have been persecuted, slandered and targeted for decades for following my religious conviction that one should never, ever give up the fight for justice. Christ was considered to be crazy for his convictions also. I further request special consideration and direct assistance by the State Bar in securing a certified attorney who specializes in pro bono legal malpractice to assist me in my fight for justice. The Bar must be culpable for licensing such an overtly unethical individual and take extraordinary steps to assist his victim. Lying is assault with a "deadly weapon"; the tongue, and should be treated as such.

:attachments - 27 February letter to Cowan requesting that he recuse himself / Writ of Habeas Corpus dated 7 April, 2023

P.S.- Please accept my email invitation dated 21 April, 2023 to intake@calbar.ca.gov
P.P.S.- It is apodeictical that an indigent person can never expect to receive a fair trial when all parties are being paid by the State. How can only one count of "soliciting a crime of violence" be reversed on appeal when both counts are for the same offence?

23 OF 26

⇔77362-112⇔
David Michael Linehan
Obadiah Coram Nobis
3600 Guard RD
Federal Correction Inst
Lompoc, CA 93436-2705
United States

G-C



ATTACHMENT D

1 May, 2023

Ms. Elizabeth Richardson-Royer, Esq.
3739 Balboa Street, Suite 1095
San Francisco, CA  94121

Subject: Your letter to me dated 9 March, 2023

Re: 2 Tim 3:5

Dear Ms. Richardson-Royer,

I respectfully request that you recuse yourself.

Sincerely,

David Linehan

24 OF 26



ATTACHMENT E

July 22, 2023

Mr. David Michael Linehan, # 77362-112
Lompoc Federal Correction Institution
3600 Guard Rd
Lompoc CA 93436-2705

Dear Mr. Linehan,

Thank you for your June 30, 2023 letter to Steven Anderson at Pacific Legal Foundation. Your letter was referred to a senior attorney for review, and it has been determined that we cannot assist you or participate as amicus in this matter. Our attorneys lack the expertise your case requires. I am returning the materials you submitted, per your request.

Thank you for your interest in Pacific Legal Foundation. I hope you understand the constraints we operate under.

Sincerely,

Brien P. Bartels
Case Review Analyst

Enclosure

25 OF 26

EXHIBIT Y

⇔77362-112⇔
Sacred Oath
Fraternal Order of Police

In the presence of the Creator of the Universe, **I do most solemnly and sincerely promise and swear that I will, to the best of ability, comply with all laws and rules of this Order;** that I will recognize the authority of my legally elected officers and obey all orders therefrom not in conflict with my religious or political views, or my rights as an American citizen; that I will not cheat, wrong or defraud this Order, or any member thereof, or permit the same to be done if in my power to prevent it; that I will, at all times, aid and assist a worthy Brother or Sister in sickness or distress, so far as it lies in my power to do so; that I will not divulge any of the secrets of this Order to anyone not entitled to receive them.

⇔77362-112⇔
California Innocence Project
Cal Western Law School
225 Cedar ST
Attorney At Law
SAN Diego, CA 92101
United States

⇔77362-112⇔
David Michael Linehan
Obadiah Corum Nobis
3600 Guard RD
Federal Correction Inst
Lompoc, CA 93436-2705
United States

26 of 26